Case 8:21-cr-00348-GJH   Document 8   Filed 09/20/21   Page 1 of 1

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:38 pm, Sep 20 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___TTS___ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

v.                                       *     Case No.   GJH 21-cr-00348

BRIAN MCQUADE           *

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this __20th__ day of _September_, _2021_, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
Charles B. Day
United States Magistrate Judge