# UNITED STATES DISTRICT COURT
## ------------------DISTRICT OF MARYLAND------------------

**UNITED STATES OF AMERICA**  \*

v.    \*   Crim. No.: **GJH 21-cr-00348**

**BRIAN MCQUADE**   \*

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel in the case for Brian McQuade. I certify that I am admitted to practice in this Court.

JAMES WYDA
Federal Public Defender

September 26, 2021

_____/s/_____
Kristina D. Leslie (#808416)
Assistant Federal Public Defender
Federal Public Defender's Office
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770-1405
Phone No. (301) 344-0600
Fax No. (301) 344-0019
E-mail: Kristina_Leslie@fd.org