IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**         *

                                       *

v.                                     Case No.  8:21-cr-00348

                                       *

Brian McQuade
**Defendant.**                         *

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, Brian McQuade.
I certify that: [check and complete one that applies]

[X]   I am admitted to practice in this Court.

[ ]   I am a member in good standing of the bar of the highest state court of

_____

and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

October 12, 2021                           /s/ David Schertler
Date                                        Signature

                                            David Schertler, 15437
                                            Printed name and bar number
                                            Schertler Onorato Mead & Sears, LLP
                                            901 New York Ave., NW, Suite 500 West
                                            Washington, DC 20001
                                            Address

                                            dschertler@schertlerlaw.com
                                            Email address

                                            202-628-4199
                                            Telephone number

                                            202-628-4177
                                            Fax number

Please select your designation:

☐ CJA  ☒ Retained  ☐ Public Defender  ☐ Pro Bono

**NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

---

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**

---