IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No.: GJH 21-00348 |
| BRIAN MCQUADE | * | |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel, James Wyda, Federal Public Defender for the District of Maryland, and Kristina D. Leslie, Assistant Federal Public Defender, hereby move this Honorable Court for permission to withdraw as counsel for the Defendant, Brian McQuade.  As grounds in support of this Motion, the undersigned states that Mr. McQuade has retained private counsel, namely David Schertler, in this case.  Mr. Schertler has filed a Line of Appearance with the Court.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court withdraw the Appearance of the Office of the Federal Public Defender in the above-referenced matter.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the
District of Maryland

October 19, 2021

/s/
Kristina D. Leslie (#808416)
Assistant Federal Public Defender
Office of the Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770-1405
Phone: (301) 344-0600
Fax: (301) 344-0019
E-mail: Kristina_Leslie@fd.org