UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>George Jarrod Hazel<br>United States District Judge | 6500 Cherrywood<br>Greenbelt, MD 20770<br>301-344-0637<br>301-344-3910- FAX |

August 9, 2022

RE: *United States of America v. Brian McQuade*
GJH-21-cr-00348

### Scheduling Order

Dear Counsel:

Pursuant to the Scheduling Conference held on August 9, 2022, the Court hereby issues the following schedule:

| | |
|---|---|
| Motions Deadline | August 26, 2022 |
| Motion in Limine Deadline | December 22, 2022 |
| Opposition to Motion in Limine | January 16, 2023 |
| Pre-Trial Conference | January 24, 2023 at 9:30AM |
| Jury Trial | February 6, 2023 at 9:30AM (8 Days) |

\*Defendant has indicated it does not intend to file a motion. If that changes, Defendant shall email chambers to notify the Court of the need for a Motion hearing.

\*Dates are subject to change based on courtroom availability.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

_____/s/_____
George J. Hazel
United States District Judge