IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. 21-cr-348-GJH |
| BRIAN D. MCQUADE, | * | |
| Defendant | * | |

*******

## ORDER

Having reviewed the Motion to Exclude Time Under the Speedy Trial Act ("Motion") and noting the Defendant's Consent thereto, the Court makes the following findings:

For the reasons set forth in the Motion, the ends of justice will be served by excluding the time period from and including February 9, 2022 through and including February 6, 2023, the date set for trial in this matter in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h), and those ends outweigh the interests of the public and the Defendant in a speedy trial.

It is accordingly hereby **ORDERED** that the period from and including February 9, 2022 through and including February 6, 2023 is excluded from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(c).

Dated:

_____ 8/30/2022
Honorable George J. Hazel
United States District Court Judge