# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| v. ) | | **Case No. 21-348 (GJH)** |
| ) | | |
| **BRIAN McQUADE,** ) | | |
| ) | | |
| Defendant. ) | | |

## DEFENDANT McQUADE'S MOTION TO SEAL

Defendant McQuade, by his undersigned attorneys, moves this Honorable Court for an Order to seal his Motion for a Hearing on Competency, which contains confidential information related to his private medical and health issues.

WHEREFORE, Defendant McQuade requests that this Court grant this Motion and place under seal the Motion for a Hearing on Competency.

Respectfully submitted,

/s/ Noah Cherry
David Schertler (Bar No. 15437)
Noah Cherry (PRO HAC VICE)
SCHERTLER ONORATO MEAD & SEARS, LLP
555 13TH Street, N.W.
Washington, DC  20004
Telephone:  (202) 628-4199
Facsimile:  (202) 628-4177
dschertler@schertlerlaw.com

*Attorneys for Brian McQuade*

**Certificate of Service**

I hereby certified that, on this 14th day of October, 2022, a copy of the foregoing Defendant McQuade's Motion to Seal was served via ECF on all related parties.

/s/ Noah Cherry