**MICHAEL J. O'CONNELL, Ph.D. ABPP**
Board Certified in Forensic Psychology
██ Sterrett Place ██
Columbia, MD  21044
(P) 410 ██
(F) 410 ██

**PROFESSIONAL EXPERIENCE AND TRAINING**

| | |
|---|---|
| 12/02-present | **Forensic Psychologist (Independent Practice)**<br>Responsibilities - Performing criminal and civil forensic psychological and neuropsychological evaluations, including pre-trial, pre-sentencing, transfer of jurisdiction, mens rea, death penalty assessment; serving as a forensic consultant and supervisor; testifying as an expert witness in MD state courts, DC Superior Court and federal courts. |
| 3/00-12/12 | **Neuropsychologist**<br>National Rehabilitation Hospital<br>102 Irving Street, NW<br>Washington, DC  20010<br>Responsibilities - Providing a full range of diagnostic and therapeutic neuropsychological and psychological services to inpatients and outpatients; engaging in teaching/training; serving as the principal investigator and co-investigator on grant funded research; supervisor of the neuropsychology lab. |
| 6/96-12/02 | **Consulting Psychologist**<br>Olsson, Levinson and Associates<br>2360 West Joppa Road, Suite #318<br>Lutherville, MD  21093<br>Responsibilities - Provided a wide range of forensic services; performed group psychotherapy services to the Special Offender's Clinic at the University of Maryland Hospital in Baltimore, MD. |
| 9/94-2/00 | **Licensed Clinical Psychologist**<br>Sinai Hospital of Baltimore<br>Neuro-Rehab Unit |

2401 West Belvedere Avenue
Baltimore, MD  21215
<u>Responsibilities</u> - Conducted neuropsychological evaluations primarily with neurological patients; performed individual cognitive-behavioral therapy with rehabilitation patients; provided psychological services for the Sinai Pain Control Associates; supervising externs.

9/93-
9/94

**Psychologist Intern (APA Approved Internship)**
Spring Grove Hospital Center
Department of Clinical Psychology
Catonsville, MD
Supervisor: Dan Arnheim, Ph.D.
<u>Responsibilities</u> - Provided inpatient, individual therapy with adult patients of various psychiatric disorders; led therapy group of high functioning inpatients focused on helping patients develop adaptive coping skills; conducted comprehensive psychological evaluations mainly for the purposes of determining differential diagnoses, neurological impairment and treatment plan development; supervised externs; served as chairperson for month-long practical experience for undergraduate psychology students.

12/93-
9/94

**Psychologist Intern**
Circuit Court for Baltimore City
Medical Office
Baltimore, MD
Weekly Rotation
Supervisor: James E. Olsson, Ph.D.
<u>Responsibilities</u> - Conducted adolescent and adult forensic evaluations for the purposes of determining competency to stand trial, criminal responsibility, waiver of jurisdiction, custody/visitation and sentencing recommendations; served as a psychological consultant for medical officers.

6/91-
7/93

**Behavioral Medicine Clinician**
South Georgia Neurological Institute
Department of Behavioral Medicine
Thomasville, Georgia
Supervisor: T. Wayne Conger, Ph.D.

Responsibilities - Conducted psychological and psychophysiological assessments for neurological patients; provided psychological evaluations used to determine surgical appropriateness; created individualized treatment plans; performed cognitive-behavioral and biofeedback therapy in individual and group therapy settings with outpatient chronic pain patients; served on the Executive Committee to design the Comprehensive Rehabilitation Program.

## PROFESSIONAL CREDENTIALS

Diplomate in Forensic Psychology, American Board of Professional Psychology (#6551)

Licensed Psychologist, State of Maryland (#03219), DC (#1000032)

## EDUCATION

| | |
|---|---|
| 9/90-9/94 | **Florida State University**, Tallahassee, Florida<br>Ph.D.: Counseling Psychology and Human Systems |
| 9/83-9/87 | **Williams College**, Williamstown, Massachusetts<br>B.S.: Psychology |

## RESEARCH EXPERIENCE

| | |
|---|---|
| 7/05 | Garmoe, W., Newman, A.C. and O'Connell, M.J. (2005). Self-awareness early following traumatic brain injury: Comparison of brain injury and orthopedic inpatients using the Functional Self-Assessment Scale. Journal of Head Trauma Rehabilitation 20(4), 348-358. |
| 6/05 | O'Connell, M.J., Garmoe, W. and Goldstein, N. (2005). Miranda Comprehension in Adults with Mental Retardation and the Effects of Feedback Style on Suggestibility. Law and Human Behavior 29(3), 359-369. |
| 3/04 | **Peer Reviewer**: Served on the National Institute on Disability and Rehabilitation Research (NIDRR) Standing Review Panel for its Field Initiated Program in Washington D.C. |

| | |
|---|---|
| 6/02-<br>6/04 | **Principal Investigator**: The Risk of False Confessions for Individuals with Mental Retardation. A study in collaboration with National Rehabilitation Hospital and funded by the Joseph P. Kennedy, Jr. Foundation. |
| 6/02-<br>6/04 | **Co-Investigator**: The Impact of Impaired Self-Awareness on Functional Outcomes in Moderately to Severely Impaired Brain Injured Adults. Series of studies in collaboration with National Rehabilitation Hospital and funded by the Department of Defense. |
| 4/00 | O'Connell, M.J. (2000). Prediction of return to work following traumatic brain injury: Intellectual, memory and demographic variables. <u>Rehabilitation Psychology</u> 45(2), 212-217. |
| 7/93 | **Doctoral Dissertation**<br>Dissertation Title: The Relationship between Coping and Adjustment: A Multidimensional Investigation of the Chronic Pain Condition<br>Date of dissertation defense: 07-26-93<br>Major Professor: F. Donald Kelly, Ph.D. |
| 10/89 | **Master's Thesis**<br>Thesis Title: Temporal Patterns of Precompetitive Anxiety<br>Major Professor: David Pargman, Ph.D. |
| 1/89-<br>8/89 | **Research Assistant**<br>Florida State University<br>Department of Biology<br>Supervisor: David Quadagno, Ph.D.<br><u>Responsibilities</u> - Critically analyzed the psychological literature on the effectiveness of AIDS education; participated as a member of a multidisciplinary research project in the development of grant proposals. |

## INSTRUCTIONAL EXPERIENCE

| | |
|---|---|
| 8/92-<br>7/93 | **Instructor**<br>South Georgia Neurological Institute<br>Department of Behavioral Medicine |

Thomasville, Georgia
Supervisor: T. Wayne Conger, Ph.D.
Responsibilities - Created and conducted a series of psychoeducational classes for patients with chronic pain, concentrating on medical aspects of pain, stress/coping, wellness/pain behaviors, communication/assertiveness and decision making/problem solving.

## OTHER EDUCATIONAL EXPERIENCES

9/87-
9/90

**Florida State University**, Tallahassee, Florida
M.S.: Movement Science and Physical Education

9/92

Professional Biofeedback Certification Program
Stens Corporation, Texas and Atlanta (68 Hours)

## ADDITIONAL WORK EXPERIENCE

8/89-
12/91

**Graduate Academic Advisor**
Florida State University
Florida State Athletic Department
Supervisor: Beverly Yerg, Ph.D.
Responsibilities - Counseled student-athletes to facilitate the development and achievement of educational and career objectives; designed computer programs to evaluate athletic graduation rates and academic achievements.

## PRESENTATIONS

O'Connell, M.J. (2012, December 14). Competency to stand trial: Legal, ethical and professional practice issues. Presentation at Maryland Public Defender Conference, Linthicum, MD.

O'Connell, M.J. (2011, September 27). False Confessions. Presentation to the Maryland Criminal Defense Attorneys Association, Annapolis, MD.

O'Connell, M.J. (2011, June 24). Neuropsychological issues and the law. Presentation at University School of Medicine, Mental Disability and the Law, Reisterstown, MD.

O'Connell, M.J. (2005, November 4). <u>Psychological testing in forensic evaluations</u>. Presentation at Maryland Public Defender Fall Conference, Ellicott City MD.

O'Connell, M.J. (2004, March 7). <u>The Risk of False Confessions for Individuals with Mental Retardation</u>. Paper presented at the Annual Conference of the American Psychology - Law Society 2004, Scottsdale, Arizona.

O'Connell, M.J. and Garmoe, W. (2003, June 11). <u>False confessions: Current research and ethical issues</u>. Grand rounds presentation at the National Rehabilitation Hospital, Washington, D.C.

O'Connell, M.J. (2003, May 9). <u>False confessions: Psychological vulnerabilities and interrogative situations</u>. Presentation at Maryland Public Defender Spring Conference, Lancaster PA.

O'Connell, M.J. and Garmoe, W. (2002, November 19). <u>Competence to consent to medical treatment: Ethical issues and practical responses.</u> Grand Rounds presentation to the Washington Hospital Center Division of Surgery, Washington, D.C.

O'Connell, M.J. (1999, November 1). <u>Prediction of return to work from TBI using cognitive and demographic variables</u>. Paper to be presented at the HEALTHSOUTH Braintree Rehabilitation Hospital's Neurorehabilitation Conference, Boston MA.

O'Connell, M.J. and Olsson, J.E. (1998, December 4). <u>Forensic issues in specific populations</u>. Grand Rounds presentation to Crownsville Hospital Center forensic staff, Crownsville, MD.

O'Connell, M.J. (1998, March 9). <u>Traumatic brain injury: A neuropsychological perspective</u>. Lecture delivered to the Physical Medicine and Rehabilitation residents of the Sinai Hospital - Johns Hopkins Program, Baltimore, MD.

O'Connell, M.J., Karp, J. and Yaffe, D. (1997, September 4). <u>Case study of a TBI patient</u>. Lecture delivered to the Rehabilitation Hospital of Sinai Hospital, Baltimore, MD.

O'Connell, M.J. (1997, February 28). <u>Clinical applications of neuropsychological assessment</u>. Lecture delivered to the Physical Medicine and Rehabilitation residents of the Sinai Hospital - Johns Hopkins Program, Baltimore, MD.

O'Connell, M.J. and Weiss, T. (1995, February 2). <u>Behavioral management.</u> Lecture delivered to the Physical Medicine and Rehabilitation residents of the Sinai Hospital - Johns Hopkins Program, Baltimore, MD.

O'Connell, M.J. (1995, July 25). <u>The role of neuropsychology in traumatic brain injury</u>. Lecture presented to participants of the Baltimore Metropolitan Trauma Consortium Program, Baltimore, MD.

O'Connell, M.J. (1994, March 26). <u>Human growth and development.</u> Developmental model presented at the Children's Developmental Clinic of Essex Community College, Essex, MD.

O'Connell, M.J. (1993, July 15). <u>Coping with chronic pain: Insights and implications</u>. Doctoral research presented to professional staff of the South Georgia Neurological Institute, Thomasville, GA.

O'Connell, M. J. (1992, July 3). <u>The psychological aspects of pain</u>. Lecture presented to medical and professional staff of Big Bend Hospice, Tallahassee, FL.

O'Connell, M. J. (1990, January 15). <u>Temporal patterns of multidimensional, precompetitive anxiety.</u> Paper presented at FSU-UF Human Sciences Conferences, Gainsville, FL.

**PROFESSIONAL AFFILIATIONS**

American Psychological Association: Full Member and Clinical Neuropsychology (Division 40), American Psychology - Law Society (Division 41).