IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC - GREENBELT
'22 DEC 6 AM 10:20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. GJH-21-348 |
| BRIAN MCQUADE | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Upon the parties' Joint Motion to Designate Examiner for Evaluation Pursuant to 18 U.S.C. § 4241, and for good cause shown, it is hereby

ORDERED that Dr. Michael O'Connell, Ph.D. (the "examiner"), be designated to conduct a psychological examination of the defendant, Brian McQuade pursuant to 18 U.S.C. § 4241 and 4247; it is further

ORDERED that the examiner shall prepare a report that shall comply with the requirements set forth in 18 U.S.C. §§ 4247(c) and shall include:

(1) the Defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4)(A) the examiner's opinion as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect, rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against him or to properly assist in her defense; and it is further

ORDERED that the examiner shall provide this report to the Court and the parties by December 16, 2022, pursuant to 18 U.S.C. § 4247; and it is further

ORDERED that the parties shall file (1) any objections to the examiner's report; (2) their positions on whether a competency hearing is necessary; (3) any request for an additional evaluation of the defendant, by not later than December 30, 2022; it is further

ORDERED that the Court, upon reviewing these materials, will make a determination as to whether a hearing is necessary under 18 U.S.C. § 4241(a) because there is a "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." Should the Court make such a finding, it will then schedule a hearing pursuant to 18 U.S.C. §§ 4241(c), 4247(d); it is further

ORDERED that the Defendant shall pay the fees of the examiner;

SO ORDERED.

12/6/2022
Date

Honorable George J. Hazel
United States District Judge