AO 199A (Rev. 12/2011) Modified/Supplemental Order Setting Conditions of Release

Page 1 of 1 Pages

# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED_____ ENTERED
LOGGED_____ RECEIVED

JAN 25 2023

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

United States of America )
v. )
)
Brian McQuade )
_____ )
Defendant )

Case No.  GJH-21-348

## MODIFIED/SUPPLEMENTAL ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to the following condition(s), in addition to or in lieu of those previously set in the Court's earlier order, ECF No. _9_, dated _9/20/2021_:

1. **The defendant is placed in the custody of Elizabeth McQuade at an address approved by the Pretrial Services Office.**

2. **Travel is restricted to the Washington Metropolitan Area (DMV).**

**All conditions previously imposed in ECF No. _9_ remain in full force and effect unless otherwise modified hereby.**

Date:  January 25, 2023 _____

_____
*Judicial Officer's Signature*

_____
George J. Hazel, United States District Judge
*Printed name and title*