**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) |
| v. | ) ) Case No. 21-348 (GJH) |
| **BRIAN McQUADE,** | ) ) ) |
| **Defendant.** | ) ) |

**SUPPLEMENT TO MOTION TO WITHDRAW**

David Schertler and Noah Cherry ("Counsel"), hereby file this supplement in support of their earlier motion for permission to withdraw as counsel for defendant, Brian McQuade.

On January 27, 2023, two days after a status hearing on this matter, counsel for Mr. McQuade filed a motion to withdraw as counsel for Mr. McQuade. At the time, counsel represented that Mr. McQuade had not stated a position on their motion. Mr. McQuade has now indicated to counsel that he consents to their withdrawal and asks the Court to appoint the Federal Public Defender to represent him. As indicated at the status hearing, Mr. McQuade intends to challenge competency through new counsel.

## **CONCLUSION**

For the additional reasons set forth above, Counsel for Mr. McQuade respectfully ask this Court to grant Counsel permission to withdraw from this matter.

Dated: February 7, 2023

        Respectfully submitted,

        /s/ David Schertler
        David Schertler
        Noah Cherry
        SCHERTLER ONORATO MEAD & SEARS, LLP
        555 13TH Street, N.W.
        Washington, DC  20004
        Telephone:  (202) 628-4199
        Facsimile:  (202) 628-4177
        dschertler@schertlerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certified that, on this 7th day of February, 2023, a copy of the foregoing Supplement to Motion to Withdraw was served via ECF on all related parties.

/s/ Noah Cherry