IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Case No.  21-348 (GJH) |
| | ) | |
| **BRIAN McQUADE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SECOND SUPPLEMENT TO MOTION TO WITHDRAW

David Schertler and Noah Cherry ("Counsel"), hereby file this second supplement in support of their earlier motion for permission to withdraw as counsel for defendant, Brian McQuade.

On January 27, 2023, two days after a status hearing on this matter, counsel for Mr. McQuade filed a motion to withdraw as counsel for Mr. McQuade.  In a recent supplement to that motion, counsel informed the Court that Mr. McQuade consented to their withdrawal and asked the Court to appoint the Federal Public Defender to represent him.  As indicated at the status hearing, Mr. McQuade intends to challenge competency through new counsel.

Since that time, Counsel contacted James Wyda, the Federal Public Defender for the District of Maryland, and asked whether his Office was willing to reassume the representation of Mr. McQuade.  Mr. Wyda indicated that his Office is willing to assume the representation of Mr. McQuade should Counsel be permitted to withdraw.

**CONCLUSION**

      For the additional reasons set forth above, Counsel for Mr. McQuade respectfully ask this Court to grant Counsel permission to withdraw from this matter.

Dated: February 8, 2023

                                  Respectfully submitted,

                                  /s/ David Schertler
                                  David Schertler
                                  Noah Cherry
                                  SCHERTLER ONORATO MEAD & SEARS, LLP
                                  555 13TH Street, N.W.
                                  Washington, DC  20004
                                  Telephone:  (202) 628-4199
                                  Facsimile:  (202) 628-4177
                                  dschertler@schertlerlaw.com