==============================================================

# UNITED STATES DISTRICT COURT
## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| : | |
| **v.** : | Case No. GJH-21-348 |
| : | |
| **BRIAN McQUADE,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Brian McQuade. I certify that I am admitted to practice in this court.

February 15, 2023                                    /s/
Date                                                  KATHERINE TANG NEWBERGER (#27803)
                                                          First Assistant Federal Public Defender
                                                          Office of the Federal Public Defender
                                                          100 South Charles Street
                                                          Tower II, 9th Floor
                                                          Baltimore, Maryland 21201
                                                          Ph:  (410) 962-3962
                                                          Fax: (410) 962-3976
                                                          Katherine_Newberger@fd.org