IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. 21-cr-348-DLB |
| | * |
| BRIAN D. MCQUADE, | * |
| | * |
| Defendant | * |
| | * |
| | * |
| ****** | |

**<u>ORDER</u>**

Having reviewed the Motions to Exclude Time Under the Speedy Trial Act, ECF 23 and 49, and noting the Defendant's Consent thereto, the Court makes the following findings:

For the reasons set forth in the motions, the ends of justice will be served by excluding the time periods from and including October 25, 2021 through and including January 4, 2022 and from and including February 6, 2023 through and including April 3, 2023 for purposes of computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h), and those ends outweigh the interests of the public and the Defendant in a speedy trial.

It is accordingly hereby **ORDERED** that the periods from and including October 25, 2021 through and including January 4, 2022 and from and including February 6, 2023 through and including April 3, 2023 are excluded from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(c).

Dated:  March 14, 2023

_____
Honorable Deborah L. Boardman
United States District Court Judge

4