IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.  DLB-21-348 |
| BRIAN MCQUADE | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

It is hereby ORDERED that the United States Attorney's Office for the District of Maryland is to pay the fees of the expert examiner, Dr. Michael O'Connell, Ph.D. (the "examiner"), who was appointed to conduct a competency examination of the Defendant, Brian McQuade, in December 2022.

SO ORDERED.

March 20, 2023
Date

Honorable Deborah L. Boardman
United States District Judge