IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. DLB-21-348 |
| Brian McQuade | : |

...oooOooo...

**LINE**

Madam Clerk:

Please enter the appearance of Jessica C. Collins as co-counsel for the government for all purposes in the above-captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney

3/28/2023                       By:           /s/
DATE                                  Jessica C. Collins
                                      Assistant United States Attorney