**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
TOLL FREE: (855) 213-8450
EMAIL: Katherine_Newberger@fd.org

**JAMES WYDA**  **KATHERINE TANG NEWBERGER**
FEDERAL PUBLIC DEFENDER  FIRST ASSISTANT FEDERAL PUBLIC DEFENDER

January 2, 2024

<u>Filed via ECF</u>

Hon. Deborah L. Boardman
U.S. District Court
65400 Cherrywood Lane
Greenbelt, MD 20770

  Re: <u>United States v. Brian McQuade</u>
    Criminal Case No. DLB-21-0348

Dear Judge Boardman:

 I write to inform the Court that Brian McQuade passed away at his nursing home on December 25, 2023. I do not yet have the death certificate, but I was able to get verbal confirmation of Mr. McQuade's passing from a social worker at Regency Care Silver Spring. Once I receive the death certificate, I will provide it to counsel for the Government, Assistant United States Attorney Adam Ake.

           Respectfully,

           /s/

           Katherine Tang Newberger
           First Assistant Federal Public Defender


cc: Adam Ake, Assistant United States Attorney
   Holly Rowe, U.S. Probation & Pretrial Services